# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

SUSAN WEST AND KAREN TREBES

NO.  2019 CW 1546

VERSUS

BATON ROUGE GENERAL MEDICAL
CENTER

**FEB 18 2020**

In Re:   Baton Rouge General Medical Center, applying for
         supervisory writs, 19th Judicial District Court,
         Parish of East Baton Rouge, No. 633,393.

**BEFORE:   HIGGINBOTHAM, PENZATO, AND LANIER, JJ.**

**WRIT DENIED.**  The criteria set forth in **Herlitz Construction Co., Inc. v. Hotel Investors of New Iberia, Inc.,** 396 So.2d 878 (La. 1981) (per curiam), are not met.

**TMH**
**WIL**

**Penzato, J.,** dissents.  Based on her extensive education, training, and experience, Nurse Barrier is qualified to provide such an opinion as to the standard of care of a nursing aide in repositioning patients.  See La. Code Evid. art. 702; **Cheairs v. State ex rel. Department of Transportation and Development,** 2003-0680 (La. 12/3/03), 861 So.2d 536, 542.

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT